COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| PECOS COUNTY WATER CONTROL and IMPROVEMENT DISTRICT NO.1, | § | No. 08-24-00039-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 83rd Judicial District Court |
| v. | | |
| | § | of Pecos County, Texas |
| LINDA GORDON, | | |
| | § | (TC#P-8571-83-CV) |
| Appellee. | | |

## MEMORANDUM OPINION

Before this Court is the parties' joint motion to dismiss this appeal. In the motion, the parties state that they have entered into an agreement to settle and resolve their issues, and Appellant no longer wishes to pursue this appeal.

Texas Rule of Appellate Procedure 42.1 provides the actions a court may take to dispose of an appeal on the motion of the appellant or by agreement of the parties. On the motion of appellant, the court may dismiss the appeal or affirm the appealed judgment or order. Tex. R. App. P. 42.1(a)(1). When parties file an agreement signed by all parties or their attorneys, the court may: "(A) render judgment effectuating the parties' agreement; (B) set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in

accordance with the agreement; or (C) abate the appeal and permit proceedings in the trial court to effectuate the agreement." Tex. R. App. P. 42.1(a)(2)(A)–(C).

The parties have not filed a copy of their settlement agreement with this Court's clerk as required for a dismissal under Rule 42.1(a)(2). We therefore conclude that the motion seeks a voluntary dismissal by Appellant pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) (providing for dismissal on appellant's motion). The motion is granted, and the appeal is dismissed. Costs are taxes against Appellant. Tex. R. App. P. 42.1(d).

JEFF ALLEY, Chief Justice

April 8, 2024

Before Alley, C.J., Palafox and Soto, JJ.